**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Shelley D. Boyd                                                      CHAPTER 13
                             Debtor(s)

                                                                            BKY. NO. 22-12570 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ *Michael Farrington*
                                        Michael Farrington
                                        30 Nov 2022, 13:50:23, EST

                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322

Document ID: fbd77a01d8ed607de0b5ec3ca2fa7f3908804fbed4a2615e62b71292b596ca32