UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
    Shelley D Boyd | Bankruptcy No.22-12570-PMM

        Debtor |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 28th day of December, 2022, by first class mail upon those listed below:

Shelley D Boyd
862 N. Market Street
Lancaster, PA  17603

**Electronically via CM/ECF System Only:**

TIMOTHY ZEARFOSS  ESQ
143-145 LONG LANE
UPPER DARBY, PA  19082

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee